# Court of Appeals
# of the State of Georgia

ATLANTA,  May 20, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1366.  LAWRENCE F. GOODINE v. ERICA CAROL JOHNSON.**

The appellant in this case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rule 23(a), regarding the filing of an enumeration of errors and brief within 20 days after the appeal was docketed.  See also Court of Appeals Rule 13.

Accordingly, this appeal is DISMISSED. The clerk is hereby DIRECTED to transmit notice of this order to the appellant**.**



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  05/20/2022*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*